**Anthel L. BROWN, Petitioner— Appellant,**

**v.**

**Mike MAHONEY, Warden;  et al., Respondents—Appellees.**

**No. 07–35646.**

United States Court of Appeals, Ninth Circuit.

Submitted July 14, 2009.*

Filed July 22, 2009.

Anthel L. Brown, Deer Lodge, MT, pro se.

Before: SCHROEDER, THOMAS, and WARDLAW, Circuit Judges.

MEMORANDUM **

Montana state prisoner Anthel L. Brown appeals pro se from the district court's judgment denying his 28 U.S.C. § 2254 petition challenging the Montana Board of Pardons and Parole's ("Board") 2006 decision finding him unsuitable for parole. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Brown raises several constitutional claims relating to the Board's 2006 denial of parole. Upon independent review of the record, we conclude that the claims are unexhausted and that the district court did

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

not err in dismissing Brown's claims on screening. *See* 28 U.S.C. § 2254(b)(1)(A); *Shumway v. Payne,* 223 F.3d 982, 987 (9th Cir.2000).

**AFFIRMED.**